UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Leila Cruz McCoy

    v.                                                               Case No. 22-cv-214-SM

US Department of Health and Human
Services, et al

ORDER

    No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 8, 2022, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The clerk of court shall enter judgment and close the case.

    **So Ordered.**

                                                               Steven J. McAuliffe
                                                               United States District Judge

Date: January 17, 2023

cc:  Leila Cruz McCoy, pro se