UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Leila Cruz McCoy</u>

    v.

                                       Case No. 22-cv-214-SM

<u>US Department of Health
& Human Services et al</u>


### JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by Judge Steven J. McAuliffe dated November 28, 2022, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated November 1, 2022; and

2. Order by Judge Steven J. McAuliffe dated January 17, 2023, approving the Endorsed Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated December 8, 2022.

                                            By the Court:

                                          Daniel J. Lynch
                                          Clerk of Court


Date: January 18, 2023

cc:   Leila Cruz McCoy, pro se